Decided June 19, 2000

## STATEWIDE GRIEVANCE COMMITTEE *v.* SAMUEL E. DIXON, JR.

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 904 (AC 18977), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Samuel E. Dixon, Jr.*, pro se, in support of the petition.

*Elizabeth F. Collins*, assistant bar counsel, in opposition.

Decided June 19, 2000